**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
1300 Broadway, Eleventh Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails:   hunter@hunterpylelaw.com;
          kfiester@hunterpylelaw.com

Attorneys for Plaintiffs and the Putative Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LOPEZ, CINDY MITCHELL, VADA NEICE, and MARY DIAZ, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC., FIRST STUDENT MANAGEMENT, LLC, FIRSTGROUP AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01669-JGB-SHK<br><br>Class and Collective Action<br><br>**SUPPLEMENTAL DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:    October 18, 2021<br>Time:    9:00 a.m.<br>Ctrm:    1<br>Judge:   Hon. Jesus G. Bernal |

I, Hunter Pyle, declare as follows:

1. I am a member in good standing of the Bar of the State of California and the principal at Hunter Pyle Law, in Oakland, California. I submit this supplemental declaration in support of Plaintiffs Norma Lopez, Cindy Mitchell, Vada Neice, and Mary Diaz ("Plaintiffs") Motion for Preliminary Approval Settlement.

2. My firm, Hunter Pyle Law, is counsel for Plaintiffs and the putative class in this matter. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

3. California Labor Code section 2699(l)(2) requires that a proposed settlement under the Private Attorneys General Act ("PAGA") be submitted to the Labor and Workforce Development Agency ("LWDA"). The LWDA oversees seven major departments, boards and panels, including the Department of Industrial Relations.

4. I am familiar with the website operated by the Department of Industrial Relations which is located at the following URL: https://www.dir.ca.gov/Private-Attorneys-General-Act/Private-Attorneys-General-Act.html.

5. I am aware that on that website there is a link entitled "Proposed Settlement of PAGA case."

6. I am aware that by clicking on that link one is able to access a series of fillable fields that request the following information, among others:

    a. PAGA Case Number
    b. Court
    c. Court Case Number
    d. Hearing Date
    e. Hearing Time
    f. Hearing Location
    g. Number of Employees

      h.  Gross Settlement Amount

      i.  Gross Penalties Amount

      j.  Penalties to the LWDA

      k.  Date of Proposed Settlement

7. I am aware that the website described above also allows the public to upload PAGA settlements to the LWDA.

8. After my office filed the Motion for Preliminary Approval of Settlement in this case, I asked my Paralegal, Darlene Sanchez, to upload the proposed PAGA settlement to the website described above.

9. Upon information and belief, on September 20, 2021, Ms. Sanchez entered the information to the fields described above and uploaded the proposed PAGA settlement in this case to that website. After she was done, she informed me that she had completed the task successfully.

10. Attached hereto as Exhibit A is a true and correct copy of the PAGA Case Detail from the Department of Industrial Relations.

11. To date, the LWDA has not responded in any manner to the proposed settlement in this case. Should the LWDA respond, I will notify the Court immediately.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on October 8, 2021, in Oakland, California.

                                                    ____/s/ Hunter Pyle_____
                                                         Hunter Pyle

# EXHIBIT A



# PAGA NOTICE PUBLIC SEARCH - CASE DETAIL

**Case Information**

**Case Number:** LWDA-CM-718372-19
**Plaintiff for PAGA Case:** Norma Lopez, Cindy Mitchell, Vada Neice
**Filer/Attorney for PAGA Case:** DARLENE SANCHEZ
**Law Firm for PAGA Plaintiff:** Hunter Pyle Law
**Employer:** First Student, Inc.
**Date Case Received:**
**Filer for Employer:**
**Employer Filer Firm:**
**Court Type:** California Superior Courts
**Court Name:** Central District of California
**PAGA Court Case Number:** CIV DS 1930739
**Violation Type:**
**Related BOFE Case:**

**Attachments**

| Attachment Name | Description | Date Submitted | Type |
|---|---|---|---|
| Court Complaint Submitted on 10/21/2019 10:26:34 AM by Darlene | 2019-10-11 - Lopez v. First - FILED PAGA Complaint.pdf | 10/21/2019 5:26 PM | Court Complaint |
| Proposed Settlement Submitted on 09/20/2021 10:09:06 AM by Darlene Sanchez | EXHIBIT 1 to HP Decl. - Lopez Norma - Settlement Agreement.pdf | 9/20/2021 5:09 PM | Proposed Settlement |