JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LOPEZ, CINDY MITCHELL, VADA NEICE, and MARY DIAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC., FIRST STUDENT MANAGEMENT, LLC, FIRSTGROUP AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01669-JGB (SHKx)<br><br>*Honorable Jesus G. Bernal*<br><br><br><br>**JUDGMENT** |

The Court, upon reviewing and considering the unopposed motion for final approval of class action settlement ("Approval Motion," Dkt. No. 49) and motion for attorney's fees ("Fees Motion," Dkt. No. 47; and, collectively the "Motions") of Plaintiffs Norma Lopez, Cindy Mitchell, Vada Neice, and Mary Diaz, the Court HEREBY ORDERS THAT judgment shall be and hereby is entered in the above-captioned action on the terms set forth in the Order Granting the Motions, which are incorporated by this reference as though set forth in full.

IT IS HEREBY ORDERED that Plaintiffs' MOTIONS ARE GRANTED as follows:

1. Plaintiffs' Approval Motion is GRANTED.
2. The Court GRANTS final approval to the parties' Settlement Agreement. The Court finds that the Settlement Agreement is fair, adequate, and reasonable, appears to be the product of arm's-length and informed negotiations, and treats

all members of the class fairly. The parties shall perform their obligations pursuant to the terms of this Settlement Agreement, the Order Granting the Motions.

3. Plaintiffs' Fees Motion is GRANTED.

4. The following class is certified under Federal Rule of Civil Procedure 23(c) for settlement purposes:

    a. All individuals employed by First Student, Inc. or First Student Management, LLC in the position of Attendant, Bus Aid or Bus Monitor in the state of California as hourly non-exempt employees at any time during the Class Period.

5. The form, manner, and content of the Class Notice meet the requirements of Federal Rules of Civil Procedure 23(c)(2).

6. Plaintiffs Norma Lopez, Cindy Mitchell, Vada Neice, and Mary Diaz shall be paid a service award of $10,000.00 in accordance with the terms of the Settlement Agreement, the Order Granting the Motions, and this Judgment.

7. Class Counsel shall be paid $442,500.00 in attorneys' fees and $41,130.79 in costs in accordance with the terms of the Settlement Agreement.

8. The Settlement Administrator, Simpluris, shall be paid for its litigation costs of $9,999.00 in accordance with the terms of the Settlement Agreement.

9. The California Labor and Workforce Development Agency shall be paid 66,840.00 in accordance with the terms of the Settlement Agreement.

10. All Class Members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

11. Except as to any Class Members who have validly and timely requested exclusion, this action is DISMISSED WITH PREJUDICE, with all parties to bear their own fees and costs except as set forth herein and in the prior orders

of this Court.

12. Without affecting the finality of the Order Granting the Motions, the Court retains jurisdiction over the parties, including Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Settlement Agreement itself.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: February 8, 2022

Honorable Jesus G. Bernal
United States District Judge